B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>___Northern___ District of ___Illinois___ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>The Plitt Company of Chicago | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):    36-3446396 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1455 W. Willow<br>Chicago, Illinois | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>County of Cook                                                          60642 | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>     or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor  The Plitt Company of Chicago

                                                         Case No.        09 B

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Gaston Dupre_, GENERAL MANAGER<br>Signature of Petitioner or Representative (State title)<br>Gaston Dupre                    10/23/2009<br>Name of Petitioner              Date Signed<br><br>Name & Mailing        AquaChile Inc.<br>Address of Individual  5301 Blue Lagoon Dr., Suite 480<br>Signing in Representative  Miami, Florida 33126<br>Capacity | x _Reed Heiligman_                    10/23/2009<br>Signature of Attorney                  Date<br>Reed A. Heiligman<br>Name of Attorney Firm (If any)<br>Frank/Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654<br><br>312-276-1400 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Rafeal Puga                        10/23/2009<br>Name of Petitioner              Date Signed<br><br>Name & Mailing        Marine Harvest USA LLC<br>Address of Individual  8550 N.W. 17th Street<br>Signing in Representative  Miami, Florida 33178<br>Capacity | x _____  10/23/2009<br>Signature of Attorney                  Date<br><br>Name of Attorney Firm (If any)<br>Frank/Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654<br><br>312-276-1400 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Donald Cynewski                  10/23/2009<br>Name of Petitioner              Date Signed<br><br>Name & Mailing        DuckTrap of Maine LLC<br>Address of Individual  57 Little River Drive<br>Signing in Representative  Belfast, Maine 04915<br>Capacity | x _____  10/23/2009<br>Signature of Attorney                  Date<br><br>Name of Attorney Firm (If any)<br>Frank/Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654<br><br>312-276-1400 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | | Nature of Claim | Amount of Claim |
|---|---|---|---|
| AquaChile Inc. | Address Above | Unsecured Trade Claim | $93,046.86 |
| Marine Harvest USA LLC | Address Above | Unsecured Trade Claim | At least $146,194.74 |
| DuckTrap of Maine LLC | Address Above | Unsecured Trade Claim | At least $43,735.36 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims. At least $282,976.96

_____ continuation sheets attached

B5 (Official Form 5) (12/07) -- Page 2

Name of Debtor __The Plitt Company of Chicago__

Case No. _____09 B_____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _[signature]_ | x _[signature] Reed Heiligman_ | 10/23/2009 |
| Gaston Dupre — 10/23/2009 | Reed A. Heiligman | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: AquaChile Inc., 5301 Blue Lagoon Dr., Suite 480, Miami, Florida 33126 | Frank/Gecker LLP, 325 N. LaSalle Street, Suite 625, Chicago, Illinois 60654 / 312-276-1400 | |
| x _[signature]_ President | x _[signature] Reed Heiligman_ | 10/23/2009 |
| Rafeal Puga — 10/23/2009 | Reed A. Heiligman | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Marine Harvest USA LLC, 8550 N.W. 17th Street, Miami, Florida 33178 | Frank/Gecker LLP, 325 N. LaSalle Street, Suite 625, Chicago, Illinois 60654 / 312-276-1400 | |
| x _[signature]_ General Manager | x _[signature] Reed Heiligman_ | 10/23/2009 |
| Donald Cynewski — 10/23/2009 | Reed A. Heiligman | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: DuckTrap of Maine LLC, 57 Little River Drive, Belfast, Maine 04915 | Frank/Gecker LLP, 325 N. LaSalle Street, Suite 625, Chicago, Illinois 60654 / 312-276-1400 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | | Nature of Claim | Amount of Claim |
|---|---|---|---|
| AquaChile Inc. | Address Above | Unsecured Trade Claim | $93,046.86 |
| Marine Harvest USA LLC | Address Above | Unsecured Trade Claim | At least $146,194.74 |
| DuckTrap of Maine LLC | Address Above | Unsecured Trade Claim | At least $43,735.36 |
| | | | Total Amount of Petitioners' Claims: At least $282,976.96 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___ continuation sheets attached